# CERTIFICATE OF CONFERENCE

I, Susan Hays, certify that I have conferred with counsel for the Appellants and for the Appellees on the filing of the Harris County, Texas, Motion for Leave to file Amicus Curiae in Support of Opposition to the Emergency Motion to Stay Pending Appeal. Counsel for the Defendants-Appellants are not opposed. Counsel for the Plaintiffs-Appellees agree to the filing.

/s/ Susan Hays
Susan Hays